# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFFIN ROAD VENTURE LOT IV, a Nevada corporation<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; ALLIANT INSURANCE SERVICES, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 10 CV 0011 JM WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TRAVELERS' TIME TO RESPOND COMPLAINT**<br><br>Doc. No. 3 |

After consideration of the Joint Motion to Extend Time to Respond to the Complaint filed by Plaintiff Ruffin Road Venture Lot IV (hereinafter "Ruffin"), and for good cause appearing,

IT IS NOW ORDERED THAT

Travelers shall have up to and including **February 3, 2010** to respond to the Complaint.

**IT IS SO ORDERED.**

DATED:   January 20, 2010

_____
Hon. Jeffrey T. Miller
United States District Court

-1-
ORDER GRANTING JOINT MOTION

10 CV 0011 JM WVG